# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

  v.         CRIMINAL NO. 2011-10201-NMG

ROBERT A. GEORGE,
  Defendant.

## ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on October 6, 2011.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

  (1) No.[1]

  (2) No.

  (3) No.

---

[1] Counsel has indicated that there are some discovery requests contained in and applicable to one or more of the Motions to Duismiss (##28 & 29).

(4) The Government has not requested notice of alibi.

(5) Two motions to dismiss (##28 & 29) have been filed. *See* Oral Order entered this date *vis-a-vis* defendant's counsel's asserted need to file additional motions to suppress or dismiss.

(6) No

(7) A trial will be necessary and would last about ten (10) trial days.

(8) *See* Fourth Order of Excludable Delay (#26) entered September 9, 2011; a further period will be excludable from September 30 to the date on which the motions (##28 & 29) are heard or decided.

(9) Ten (10) trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra*.

(4) *See* ¶ (8), *supra*.

(5) Ten (10) days.

(6) None.

*I RECOMMEND that the District Judge set the case down for an Initial Pretrial Conference pursuant to Local Rule 117 to hear the motions (##28 & 29) and to set a firm trial date.*

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE MATTER TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE GORTON'S SESSION.

The Clerk shall enter on the docket the fact that the case is "no longer referred" to Judge Collings.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 6, 2011.