United States District Court
District of Massachusetts

4:35 PM
CP
6/8/12

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
        v.                     )
                               )   Criminal No.
ROBERT A. GEORGE,              )   11-10201-NMG
        Defendant.             )
                               )
_____)
```

### Verdict Form

WE, THE JURY, UNANIMOUSLY FIND AS TO THE DEFENDANT, ROBERT A. GEORGE:

(1) On the charge of Money Laundering Conspiracy (18 U.S.C. § 1956(h)), Count 1:

_____ Not Guilty     __✓__ Guilty

(2) On the charge of aiding and abetting Money Laundering (18 U.S.C. §§ 2 & 1956(a)(3)(B)), Count 2:

_____ Not Guilty     __✓__ Guilty

(3) On the charge of aiding and abetting Money Laundering (18 U.S.C. §§ 2 & 1956(a)(3)(B)), Count 3:

_____ Not Guilty     __✓__ Guilty

(4) On the charge of Money Laundering (18 U.S.C. § 1956(a)(3)(C)), Count 4:

_____ Not Guilty     __✓__ Guilty

-1-

(5) On the charge of Money Laundering (18 U.S.C.
    § 1956(a)(3)(C)), Count 5:

    _____ Not Guilty     __✓__ Guilty

(6) On the charge of Money Laundering (18 U.S.C.
    § 1956(a)(3)(B)), Count 6:

    _____ Not Guilty     __✓__ Guilty

(7) On the charge of Structuring Transactions to Evade Reporting
    Requirements (31 U.S.C. § 5324(a)(1)), Count 7:

    _____ Not Guilty     __✓__ Guilty

YOUR DELIBERATIONS ARE COMPLETE. THE FOREWOMAN WILL SIGN THE
VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS
COME TO A DECISION. THE JURY WILL THEN BE INVITED TO THE
COURTROOM TO RETURN ITS VERDICT.

Dated: __6/8/12__     Jury Forewoman _[signature]_