6/8/12

"We have Reached a Verdict

— Rose Felzen,