UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 11-10201-NMG |
| ) | |
| ROBERT A. GEORGE ) | |

**OPPOSITION TO DEFENDANT'S REQUEST FOR A CONTINUANCE OF THE SENTENCING**

Defendant Robert George has moved for a continuance of his sentencing. The government opposes defendant's motion. The government is as busy as the defendant and believes that sentencing should go forward as planned on October 17, 2012.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: */s/Laura J. Kaplan*
Laura J. Kaplan
Assistant U.S. Attorney

October 9, 2011

**CERTIFICATE OF SERVICE**

I, Laura J. Kaplan, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Laura J. Kaplan*
Laura J. Kaplan